UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LUIS ALBERTO DUTHILL,

    Plaintiff,

v.    CASE NO: 8:19-CV-00953-MSS-CPT

S.T.D. ENTERPRISES, INC.,
d/b/a SOIL TECH DISTRIBUTORS
OF TAMPA,

    Defendant.
_____/

## JOINT MOTION TO APPROVE SETTLEMENT AND TO DISMISS WITH PREJUDICE

Plaintiff, LUIS ALBERTO DUTHILL ("Plaintiff"), and Defendant, S.T.D. ENTERPRISES, INC., ("Defendant") by and through their undersigned counsel, hereby file this *Joint Motion to Approve Settlement and Dismiss with Prejudice*, and state the following in support thereof:

1.    Plaintiff filed the instant action alleging that Defendant violated the Fair Labor Standards Act, as amended, 29 U.S.C. § 201-216 (FLSA). Plaintiff also alleged various claims under the Family and Medical Leave Act ("FMLA") filed a Charge of Discrimination with the Equal Employment Opportunity Commissions ("EEOC"), to which EEOC Charge No. 511-2019-02022 was assigned, and FEPA Charge No. was assigned 463201902022, alleging that he was discriminated and retaliated against in violation of Title VII of the Civil Rights Act of 1964, as amended ("Title VII"), the Americans with Disabilities Act ("ADA"), and the Florida Civil Rights Act ("FCRA").

2.      Defendant denies Plaintiff's claims in the civil action and in the Charge of Discrimination. To avoid the costs and the uncertainty of litigation, the parties have negotiated a settlement of this matter. Pursuant to <u>Lynn's Food Stores, Inc. v. United States</u>, 679 F.2d 1350 (11th Cir. 1982), claims for back wages arising under the FLSA may be settled or compromised only with the approval of the Court or the Secretary of Labor. Accordingly, the parties request that the Court approve the Settlement Agreement and General Release entered into by the parties, a copy of which is attached to this Motion as **Exhibit A**.

3.      As part of the settlement reached between the parties, Plaintiff agrees to dismiss this action with prejudice upon approval by the Court of the attached Settlement Agreement and General Release, with the Court to retain jurisdiction to enforce Defendant's obligation to make the payments to Plaintiff and his attorney required by the settlement agreement.

4.      Plaintiff and Defendant stipulate that the settlement is a fair and reasonable settlement of the controversies involved in this case and comports with the policies underlying the FLSA.

WHEREFORE, the Parties respectfully request that this Court enter an Order approving the attached Settlement Agreement and General Release and dismissing the claims made by Plaintiff against Defendant in this action with Prejudice, with the Court to retain jurisdiction to enforce Defendant's obligation to make the payments to Plaintiff and his attorney required by the settlement agreement.

Respectfully submitted this 1st day of July, 2019.

| | |
|---|---|
| */s/ Rodolfo Gomez* | */s/ Luis A. Cabassa* |
| Rodolfo Gomez | Luis A. Cabassa |
| Florida Bar No. 820903 | Florida Bar No. 0053643 |
| rgomez@fordharrison.com | lcabassa@wfclaw.com |
| FordHarrison, LLP | Wenzel Fenton Cabassa, P.A. |
| One S.E. 3rd Avenue | 1110 N. Florida Avenue |
| Suite 2130 | Suite 300 |
| Miami, Florida 33131 | Tampa, Florida 33602 |
| Telephone: (305) 808-2100 | Telephone: 813-224-0431 |
| Facsimile:  (305) 808-2101 | Facsimile:  813-229-8712 |
| Attorneys for Defendant | Attorneys for Plaintiff |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 1st day of July, 2019, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Luis A. Cabassa*
LUIS A. CABASSA